UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Rudy Vega,　　　　　　　　　　　　　　　No. C 10-5375 PJH (PR)

　　　　　　　Plaintiff.　　　　　　　　　　　**ORDER OF DISMISSAL**

　　　　　　Plaintiff wrote to the court asking the clerk to "assist" him, and referring to some medical problems.  In an effort to protect his rights, the letter was treated as an attempt to open a new civil rights case.  The clerk then sent him a notice that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP").  A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not either pay the fee or apply for leave to proceed IFP within thirty days the case would be dismissed.

　　　　　　Plaintiff has written to the clerk again, but only to say that he requires form packets for civil rights suits.  The court has arranged for them to be provided.  He has not paid the filing fee or provided an IFP application, and the time to do so has expired.

　　　　　　The court concludes that he did not intend to open a case with the initial letter, which upon further consideration appears to have been a request for forms.  For that reason and because plaintiff has not responded to the clerk's notice, this case is **DISMISSED** without prejudice.  Because the case was opened in error, no fee is due.

　　**IT IS SO ORDERED.**

Dated: January 20, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\PJH\CR.10\VEGA5376.DSM-IFP.wpd